**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Anthony FORD, Defendant—Appellant.**

**No. 05–7126.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 22, 2005.

Decided: Dec. 30, 2005.

Anthony Ford, Appellant Pro Se. Debra Ann Carr, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Ford appeals the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Ford,* Nos. CR–91–310–JFM; CA–05–1721–JFM (D.Md. July 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*